IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IRENE ZUNIGA,<br>　*Plaintiff*,<br><br>vs.<br><br>CHEDRAUI USA, INC. D/B/A<br>EL SUPER<br>　*Defendant.* | §<br>§<br>§<br>§   Civil Action No.  3:23-cv-00352<br>§<br>§<br>§<br>§ |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Chedraui USA, Inc. d/b/a "El Super" ("Defendant"), files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 and respectfully shows:

### Commencement and Service

1. On July 21, 2023, Irene Zuniga ("Plaintiff") commenced this action by filing an Original Petition ("State Court Petition") in the 448th Judicial District Court of El Paso County, Texas. The case is styled Cause No. 2023 DC V 2350; *Irene Zuniga v. Chedraui USA, Inc. d/b/a El Super*.[1]

2. The lawsuit was first served on Defendant on July 31, 2023. [2]

3. Defendant timely answered in state court on August 18, 2023, on behalf of Chedraui USA, Inc. d/b/a El Super.

4. This Notice of Removal is filed within thirty days of August 31, 2023, date of receipt by Defendant of Plaintiff's Settlement Demand exceeding $75,000.00

---

[1]　　*See **Exhibit C***, Plaintiff's Original Petition.

[2]　　*See **Exhibit D**,* Affidavit of Service.

in damages. Upon receipt of said Settlement Demand, it first became ascertainable that this action is removable and is therefore timely filed pursuant to 28 U.S. Code § 1446(b)(3). This Notice of Removal is also filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(c).

## Grounds for Removal

5. Defendant is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship.

## Diversity of Citizenship

6. There is complete diversity of citizenship between Plaintiff and Defendant.

7. Plaintiff is a citizen of Texas.[3]

8. Defendant Chedraui USA, Inc. d/b/a El Super is not a citizen of Texas.[4] Defendant Chedraui USA, Inc. is a Delaware corporation and maintains its principal place of business in California.[5] A corporation is deemed to be a "citizen" of the state where it maintains its principal place of business (its "nerve center") and the state of its incorporation.[6] Therefore, Defendant is a citizen of Delaware and California.

---

[3] See **Exhibit C**, Plaintiff's Original Petition at IV.4.1.

[4] See **Exhibit H**, Affidavit of Adrian Rios.

[5] *Id*. at ¶ 3.

[6] *See,* 28 U.S.C § 1332(c)(1); *see also, Hertz Corp. v. Friend,* 559 U.S. 77, 130 S. Ct. 1181, 1185-86 (2010).

### Amount in Controversy

9. This is a personal injury case with over $75,000 in controversy at the time of this removal.

10. Plaintiff's Original Petition on its face alleges that "[p]ursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief of no more than $75,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and judgment for all other relief to which Plaintiff is justly entitled."[7] On August 31, 2023, Defendant received Plaintiff's Settlement Demand indicating for the first time since the initiation of the suit that the amount in controversy in this matter exceeds $75,000.

### Venue

11. Venue lies in the Western District of Texas, El Paso Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because Plaintiff filed the action in this judicial district and division.

### Notice

12. Defendant will give notice of the filing of this Notice of Removal to all parties of record pursuant to 28 U.S.C. § 1446(d). Defendant will also file with the clerk of the state court and will serve upon Plaintiff's counsel, a notice of the filing of this Notice of Removal.

---

[7] *See **Exhibit C**, Plaintiff's Original Petition at II.2.1.

### Exhibits to Notice of Removal

13. In support of this Notice of Removal and pursuant to 28 U.S.C. §1446(a), true and correct copies of the following documents are attached to this Notice as corresponding lettered exhibits:

A. Index of documents and filings filed in *Cause No. 2023 DC V 2350; Irene Zuniga v. Chedraui USA, Inc. d/b/a El Super, in the 448th Judicial District Court of El Paso County, Texas. – **Exhibit A***

B. Case Summary for *Cause No. 2023 DC V 2350; Irene Zuniga v. Chedraui USA, Inc. d/b/a El Super, in the 448th Judicial District Court of El Paso County, Texas – **Exhibit B***

C. Plaintiff's Original Petition filed on July 21, 2023, *Cause No. 2023 DC V 2350; Irene Zuniga v. Chedraui USA, Inc. d/b/a El Super, in the 448th Judicial District Court of El Paso County, Texas – **Exhibit C***

D. Return of Service filed on August 2, 2023, *Cause No. 2023 DC V 2350; Irene Zuniga v. Chedraui USA, Inc. d/b/a El Super, in the 448th Judicial District Court of El Paso County, Texas - **Exhibit D***

E. Defendant's Original Answer and Affirmative Defenses filed August 18, 2023, *Cause No. 2023 DC V 2350; Irene Zuniga v. Chedraui USA, Inc. d/b/a El Super, in the 448th Judicial District Court of El Paso County, Texas - **Exhibit E***

F. Certificate of Interested Persons – **Exhibit F**

G. Notice of Filing Removal in State Court – **Exhibit G**

H. Affidavit of Adrian Rios – **Exhibit H**

### Prayer

WHEREFORE, Defendant, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the District Court of El Paso County, Texas to this Court.

Respectfully submitted,

By:  **/s/ Andrew Schumacher**
Andrew J. Schumacher
State Bar No. 24051310
andrew@doyleseelbach.com
Aida Nieto
State Bar No. 24104052
aida@doyleseelbach.com
Doyle & Seelbach PLLC
13215 Bee Cave Parkway, Suite A220
Austin, Texas 78738
512.960.4890 telephone
512.960.4893 fax
doyleseelbach.com

*ATTORNEYS FOR DEFENDANT*



## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing document was served by electronic delivery to counsel identified below on this 20th day of September, 2023.

**THE HUYNH LAW FIRM, PLLC**
SARAH Y-NHI HUYNH
shuynh@thehuynhlawfirm.com
MICHAEL ALVAREZ
malvarez@thehuynhlawfirm.com
PAVEL "PAUL" SAVINOV
savinov@thehuynhlawfirm.com
1742 Zaragoza, Suite A
El Paso, Texas 79936
Tel:  (915) 223-4878
Fax: (915) 218-5332
E-Service E-mail: eservice@thehuynhlawfirrn.com

*ATTORNEYS FOR PLAINTIFF*