**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **IRENE ZUNIGA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CAUSE NO. EP-23-CV-352-KC** |
| § | |
| **CHEDRAUI USA, INC. d/b/a EL SUPER,** § | |
| § | |
| **Defendant.** § | |

## ORDER

On this day, the Court considered the parties' Agreed Stipulation of Dismissal with Prejudice, ECF No. 13. Pursuant to Rule 41(a) of the Federal Rules of Civil, the Court **ORDERS** that all claims in the case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 8th day of April, 2024.**

_[signature: Kathleen Cardone]_
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE